## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jose Francisco RENDON**<br>DOB: 1995; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>26-08400MJ |

Complaint for a violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a)(2), and 924(a)(1)(D), dealing firearms without a license, and Title 26, Title 26, United States Code, Sections 5841, 5845(a)(6), & (b), 5861(d), and 5871, possession of an unregistered firearm, a machinegun.

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: **Jose Francisco RENDON** did knowingly sell 18 firearms without a federal firearm license, to wit: 17 machineguns with no serial number and one Andro Corp Industries, model ACI-15 rifle with serial number J2042018; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a)(2), and 924(a)(1)(D).
<u>Count 2</u>: From November 14, 2025, to December 18, 2025, at or near Tucson, in the District of Arizona, **Jose Francisco RENDON** did knowingly possess 17 machineguns with no serial numbers which were not registered to him in the National Firearms Registration and Transfer Record; all in violation of Title 26 Title 26, United States Code, Sections 5841, 5845(a)(6), & (b), 5861(d), and 5871.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about November 14, 2025, **Jose Francisco RENDON** met with an undercover ATF Confidential Informant (CI) and agreed to sell one Andro Corp Industries, model ACI-15 rifle with serial number J2042018. **RENDON** told the CI he had machinegun conversions devices for sale too.

On November 21, 2025, **RENDON** met with the CI and sold them a machinegun conversion device. The device was examined and determined to be a machinegun by definition, able to readily convert a semi-automatic firearm to shoot more than one projectile with a single function of the trigger.

On or about November 26, 2025, **RENDON** sold six machinegun conversion devices to the CI.

On or about December 18, 2025, **RENDON** sold 10 machinegun conversion devices to the CI.

Machinegun conversion devices are required to be registered with ATF in the National Firearms Registration and Transfer Record. **RENDON** has no firearms registered to him. **RENDON** does not possess a Federal Firearms License.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *A. Rossi* | Digitally signed by ADAM ROSSI<br>Date: 2026.01.05 11:22:38 -07'00' | SIGNATURE OF COMPLAINANT<br><br>5572<br><br>OFFICIAL TITLE<br>ATF SA Alexander Tisch |
|---|---|---|

**Sworn by telephone   x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | 01/05/2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.